GEORGE L. PRATT et al., Respondents, v. STATE OF NEW YORK, Appellant.

*Pratt* v. *State of N. Y.*, 172 App. Div. 914, affirmed.
(Argued May 26, 1916; decided October 17, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 26, 1916, affirming an award of the Board of Claims in a proceeding to recover the value of certain lands and water power rights and privileges which, claimants contend, were owned by them and appropriated by the state, pursuant to the provisions of the Barge Canal Law (L. 1903, ch. 147), for barge canal purposes.

*Egburt E. Woodbury, Attorney-General (Edward J. Mone* of counsel), for appellant.

*Edward R. O'Malley* and *D. Raymond Cobb* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN and POUND, JJ. Dissenting: CUDDEBACK and CARDOZO, JJ.